UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
Jul 09, 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: STRYKER REJUVENATE AND ABG II
HIP IMPLANT PRODUCTS LIABILITY
LITIGATION

MDL No. 2441

CAED Case # 2:13-cv-1226 WBS KJN

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −3)**

On June 12, 2013, the Panel transferred 28 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2013). Since that time, 61 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W Frank.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Minnesota for the reasons stated in the order of June 12, 2013, and, with the consent of that court, assigned to the Honorable Donovan W Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true printed copy in 3 sheet(s) of the electronic record filed on _____ in the United States District Court for the District of Minnesota.
CERTIFIED, 7-9, 2013.
RICHARD D. SLETTEN
BY: _____ Deputy Clerk

SCANNED
JUL - 9 2013
U.S. DISTRICT COURT MPLS

IN RE: STRYKER REJUVENATE AND ABG II
HIP IMPLANT PRODUCTS LIABILITY
LITIGATION

MDL No. 2441

## SCHEDULE CTO-3 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **ALABAMA NORTHERN** | | | | |
| ALN | 2 | 13-00731 | Hawkins v. Howmedica Osteonics Corporation | 13cv1805 DWF/FLN |
| ALN | 2 | 13-00747 | Lucy v. Howmedica Osteonics Corp | 13cv1807 DWF/FLN |
| **ARKANSAS EASTERN** | | | | |
| ARE | 4 | 13-00358 | Edwards v. Howmedica Osteonics Corporation et al | 13cv1808 DWF/FLN |
| ARE | 4 | 13-00373 | Harris v. Howmedica Osteonics Corporation et al | 13cv1809 DWF/FLN |
| **CALIFORNIA EASTERN** | | | | |
| CAE | 2 | 13-01226 | Akin v. Stryker Corporation et al | 13cv1811 DWF/FLN |
| **FLORIDA MIDDLE** | | | | |
| FLM | 8 | 13-01108 | Musgrave v. Howmedica Osteonics Corp. et al | 13cv1812 DWF/FLN |
| **FLORIDA SOUTHERN** | | | | |
| FLS | 9 | 13-80547 | Drimer v. Stryker Corporation et al | 13cv1813 DWF/FLN |
| FLS | 9 | 13-80615 | ~~Gereke v. Howmedica Osteonics Corp. et al~~ Opposed 7/9/13 | |
| **ILLINOIS NORTHERN** | | | | |
| ILN | 1 | 13-03365 | Preshlock v. Howmedica Osteonics Corporation et al | 13cv1815 DWF/FLN |
| ILN | 1 | 13-03804 | Claybon v. Howmedica Osteonics Corporation, et al | 13cv1816 DWF/FLN |
| ILN | 1 | 13-04291 | Higgins et al v. Howmedica Osteonics Corp. | 13cv1817 DWF/FLN |
| ILN | 1 | 13-04444 | Charleston et al v. Howmedica Osteonics Corporation | 13cv1818 DWF/FLN |
| **LOUISIANA WESTERN** | | | | |
| LAW | 2 | 13-01627 | Thibodeaux et al v. Howmedica Osteonics Corp et al | 13cv1820 DWF/FLN |
| LAW | 2 | 13-01629 | Phelps v. Howmedica Osteonics Corp | 13cv1821 DWF/FLN |
| **NEW JERSEY** | | | | |

| | | | | |
|---|---|---|---|---|
| NJ | 2 | 13-03419 | PANDO et al v. HOWMEDICA OSTEONICS CORPORATION et al | 13cv1822 DWF/FLN |

NEW YORK NORTHERN

| | | | | |
|---|---|---|---|---|
| NYN | 1 | 13-00497 | Walsh v. Howmedica Osteonics Corp. | 13cv1823 DWF/RN |

OHIO NORTHERN

| | | | | |
|---|---|---|---|---|
| OHN | 1 | 13-01233 | Kent et al v. Howmedica Osteonics Corporation et al | 13cv1824 DWF/FLN |
| OHN | 1 | 13-01268 | Guinther et al v. Howmedica Osteonics Corporation et al | 13cv1825 DWF/FLN |